*Thursday, May 28, 1992*
## MOTION DOCKET

**92–929.** Charter Express, Inc. v. Independent Ins. Serv. Corp. *Portage County*, No. 91–P–2296. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Portage County to certify its record. Upon consideration of appellant's motion to continue the stay of execution of the judgment entered in the Court of Common Pleas of Portage County on November 26, 1990,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted, and that such stay shall continue until further order of this court, effective May 22, 1992.

**92–979.** Dottore v. Bruening. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for alternative writ,

IT IS ORDERED by the court that said motion for alternative writ be, and the same is hereby, denied.

DOUGLAS, J., would deny stay pending ruling on its jurisdiction by the Lake County Court of Common Pleas, Domestic Relations Division. If said court finds it has jurisdiction, I would then grant an alternative writ.

## MISCELLANEOUS DISMISSALS

**92–423.** State v. Doyle. *Allen County*, Nos. 18–84–5 and 18–84–6. *Sua sponte*, cause dismissed for want of prosecution, effective May 26, 1992.